Case 3:17-cv-00243-JPG Document 15 Filed 08/09/17 Page 1 of 21 Page ID #77

United States District Court
for the Southern Dist. of ILLinois

Scott A. Medford )
700 north 5th St. )
Belleville IL, 62220 )
Plaintiff ) Case number: 17-243-JPG
v ) ☒ Civil Rights Complaint
St. Clair Count medica Staff ) Pursuant to 42 U.S.C § 1983 (stat Prisoner
St. Clair Co. Justice Center )
Phillip L. McLaurin )
700 north 5th st. ) Amendment Complaint # 2
Belleville IL 62220 )

Request of Jury trial ☒ Yes ☐ no

1. Jurisdiction

Plaintiff:

A) Plaintiff mailing address, register number and present place of Confinement. 700 north 5th St. Belleville IL St. Clair County Justice Center

Defendant #1:

* Defendant Phillip L. McLaurin is employed as a Superintendant of the St. Clair Justice Center with St. Clair County Jail 700 north 5th st Belleville 62220

At the time the Claim(s) alleged this Complaint arose was Defendant #1 employed by the State. ☒ Yes ☐ no

If Your answer is Yes Explain: Superintendant of St. Clair County Justice Center

Case 3:17-cv-00243-JPG Document 1 Filed 03/09/17 Page 2 of 21 Page ID #78

Defendant #2:

c) Defendant R. Smith is employed as Correction officer with St Clair CO. Justice Center 700 north 5th St. Belleville IL 62220

At the time the Claim(s) alleged in this Complaint arose was Defendant #2 employed by stat, local or federal government ☒ Yes ☐ no

If You answer Yes briefly Explain: He the one that Gave impropal approval to drink water

additional Defendant(s) (If Any):

D) using the outline set forth above, identify any additional Defendant(s)

Defend #3: nurse was with C.O. R Smith at the time of Said incident Employed by St. Clair County Courts as a medical Staff member

Defendant #4: St. Clair County medical staff

Defendant #5: St. Clair County Justice Center

II previous Law Suits: ☐ Yes ☒ no

Case 3:17-cv-00243-JPG Document 1 Filed 03/09/17 Page 3 of 21 Page ID #21

III Grievance procedure

A. Is there a prisoner grievance procedure in the institution? ☑ Yes NO ☐

B. Did you present the facts relating to your Complaint in the prisoner grievance procedure ☑ Yes ☐ no

If answer is Yes

1. what step did you take? I filled out a Captain Complaint form addressing the Issue but haven't Received any Responce from administration or Supervisor which stops the process.

2. what was the results? incomplete no Responce

D If your answer was no Explain?

E. If there is no prisoner Grievance procedure in the institution did you Complain to prison authorities ☑ Yes ☐ no

F. 1 what steps did you take? I filled out a Captain Complaint form addressing the issue but haven't Received any Responce from administratition or Supervisors which stops the process.

2 what was the result? incomplete no Responce

G. If answer is no why not

H. Attached Copies of your request for an administrative remedy and any responce you receiwed:
Copy is attached but haven't Received a Responce which is avoided the process

Case 3:17-cv-00243-JPG Document 1 Filed 08/09/17 Page 4 of 21 Page ID #80

IV Statement of Claim: On 2/2/17 I woke to decreased water pressure at 8:00 am we the inmates we informed of the water boil at 9:00 am we asked for water during nurse pass we were denied by nurse barbara C.O. Smith told the Block it was safe to drink the water After drinking the water the news came on and informed us the water boil was to be in effect for 36-48 hours. C.O. Green comes on the Intercom and says dont drink the water we didn't get water to drink until 11:00 am I felt sick to my stomache, stomache pains, head ache after drinking the tainted water so I put a sick call & still havent been seen by the nurse & feel neglected by medical staff by C.O. R. Smith.

Case 3:17-cv-00243-JPG Document 15 Filed 06/09/17 Page 5 of 21 Page ID #81

2) St-Clair County medical staff has neglected to give me medication described for plaintiff. This medication was prescribed to plaintiff in 2010 by Dr. Onmeyad. Upon arrival to St. Clair County Justice center the medical staff didn't properly acess me for mental medical Health until 4 months after my arrival. A detainee has civil Liberty afforded to him. I submitted multiple Captain Complaints and sick calls about medical issues to medical staff supervisors and administration. I constantly ask nurses for help during med-pass but nothing was done. Lack of mental health medication Causes me Serious mental health harm and made it unbarable to be incarcerated. I did not receive feedback for 4 months. St. Clair County administration Phillip McLaurin is advoiding the Grievance procedure by not acknowledgeing the Captain Complaint forms

3) Denied to the law library while incarcerated at St. Clair County happened quiet after Jan 22, 2017 to April 2, 2017 The library has been unaccessable to me. Staff isn't adequate in assistance with preparation of meaningful legal documents. Mike Resporra & C.O. Fordson refuses to get us copies & we can't buy pens on Commissary at all. which prevent comptetion of legal docuements. One Computer for 400 inmates. that Computer is always non-working. there are no books in the law library & no assistance. these Condition don't meet adequate Law library Standards. I Submitted Captain Complain forms & received

Case 3:17-cv-00249-JPG Document 15 Filed 06/09/17 Page 6 of 21 Page ID #82

no Responce. other people Submitted Captain Complaint forms SGT nichols Came and I witness him not taking the Captain Complaint forms my Self So that the Complaint would not be addressed. Becaus I had no library for 4 Consecutive months it deprived me of the ability to prepore legal documents an of needed research prepare for my legal cases for Court.

4) Conditions are unsuitable here at St.Clair CO. The Showers have pealing paint on walls & ceiling Black mold, Slim & nats inside the Showers. Because of water pressure these object become air borne and get in yours eyes and mouth. I filled out Sick Sick calls and Captain Complaint form & no responce. Dust particles build up & mold by the vent ventilitation vents on ceiling. ther is no Emergency bottons inside the Cells If an inmate is in danger there is no help other than to lock down this is environmental & Dangerous. The Ceiling & Roof have pealing paint & leaking water. I Complained about all thes issues through a Captain Complaint & never got responce back. there is no Hot water in Showers & in Sink. There is no Shower Curtains we have to put our Blankes up to hide our-selves we Continued asking C.O. Fitz but still no help It Shows negliengence from staff once again at St.Clair County. while at St.Clair County I only received 1 uniform during Laundry we have no change of clothes and the males don't have underware they walk around with Blankets around themself.

Portions of food are inadequate with Aramark food Services are not regulated there is no fruits on trays according all issues have been Complained in the form of a Captain Complaint form but still no Responce.

5) Staff at St.Clair County doesn't Return the Captain Complaint form to the inmates it Shows eneglegence and advoiding the Grievance procedure. I have not been able to properly address these issues because I don't get any Responce on my Captain Complaint forms. Once the Captain Complaint is Received back then and Only then Can an inmate have a formal grievance hearing I Submitted Captain Complaint forms about the issue and Receive no Responce Back SGT s nichols, & SGT Cook, Lt Renier allow these things to go on in the Jail which takes the inmate rights to grieve administration is aware and does nothing about it.

6) On march 2017 I ask C.O. Everett to Sign my forma pauperis form to further my Civil Suit. He denied me and told me he Couldn't help me. the C.O. Everett display neglegience boldly talked down to inmates and are Extreme unresponsive.

7) Arthur Hunsaker an inmate on AB-Block Cell #9 had staph spreading rapidly. On 4-26-17 the entire Block wrote Captain Complaint to administrator and Supervisor asking that Arthur be treated he had Complained for a week without being seen by medical. After Complains went out Arthur Refused to lock down SGT Bonjack inspected Arthur and sent him back in his cell; SGT Bonjack isn't medical. Arthurs huge Boils were later Bandage and he was given antibiotics the placed back on Block. This Exposure to staph shouldn't have occured. Intentually put in harmful Conditions with no reguard for inmates Safety. On 5/11/17 they finally move Arthur to infermary.

8) On April 10, 2017 there was a water boil for Belleville St. Clair County. Jailers didn't tell inmates and we were allowed to drink the tainted water this repeated neglegence is not okay medical didn't respond to my sick call request.

9) Legal mail is being opened prior to getting of intended receipt. Legal mail shouldn't be opened and read but in St. Clair County there is a blutant disreguards for inmates rights On may 24, 2017 C.O. walt gave me open legal mail

10) C.O. Milazante isn't educated on how to preserve life An inmate was having a Seizure C.O. left him on his Back Seizing Inmate turned Brandon on his side open his mouth to hold tongue & prevent him from chocking.

Case 3:17-cv-00243-JPG Document 15 Filed 06/09/17 Page 9 of 21 Page ID #85

The deliberate indifference to medical needs unsafe Condition violates Plaintiff Scott Medford rights Secured by the Constitution

V wherefore, Plaintiff respectfully prays this Courts enter Judgement granting Injuction requiring the grievance procedure to be fixed So Inmates can grievances Can be herd, C.O., and Supervison can be held accountable for there action or inaction

Granting Plaintiff compensenation damages in the amount of 1,000,00 against each defendent Jointly and Severly. Puntive damages against the defendant in the amount of 5,000,00 plaintiff cost in this Suit.

Date 6/6/17

Scott Medford 700 north 5th St. Belleville IL 62220

Declaration under federal Rule of Civil Procedure #11

I certify to the Best of my knowledge information and belief that this Complaint is in full compliance with rule 11(a) and 11(b) of the federal rules of Civil Procedure. The undersigned also recognizes that failure to comply with rule 11 may result in Sanctions.

Scott A. Medford

6/6/17

Scott A. Medford

20381

700 north 5th St.

Belleville IL 62220

Case 3:17-cv-00243-JPG Document 15 Filed 06/09/17 Page 10 of 21 Page ID #86

# Memorandum

Monell v Dept of Social Services of the city of New York, 436 U.S. 659 (1978), reminds cities and municipalities can be sued for injunction or damages where a violation of rights was the product of city's policy or unofficial custom. The complaint submitted show a pattern of abuse.

Case 3:17-cv-00243-JPG Document 15 Filed 06/09/17 Page 11 of 21 Page ID #87

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# COMPLAINT FORM

**Name** Scott A. medford **Number** 20381 **Block** AB **Date** 2-2-17

**Complaint:**

On 2-2-17 I woke to decrease water pressure at 8:00 Am. we the inmates were informed of water boil at 9:00 Am. we asked for water during nurse pass we were denied by nurse Nanberg & C.O. R. Smith told the Block it was safe to drink after drinking the water, the news Came on and informed us that the water boil was to be in effect for 36-48 hours. C.O. Green Came on the intercom said dont drink the water we didn't got water til 11:00 Am I felt sick to my stomache stomache pains, Headache after drinking the tainted water, so I put a sick call in & still haven't been seen by nurse & I feel negelected by medical staff & C.O. R. Smith

**Signature** Scott medford **Date** 2/2/17

**Officer Actions:**

**Signature** ______ **Date** ______

**Supervisor Actions:**

**Signature** ______ **Date** ______

**Admin Actions:**

**Signature** ______ **Date** ______

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# REQUEST FORM

**Name** Scott A. medford **Number** 20318 **Block** AVB **Date** 2/17/17

**REQUEST:**
I am Scott A. Medford I would like a request a Copy of my inmate trust fund account Statements and a balance for 9-01-16 to 3/8/2017 also like for Some one to fill out Certificate Section pauperis

i Still no Responce from Commissary

**Signature** ________ **Date** ________

**Officer Actions:**

**Signature** ________ **Date** ________

**Supervisor Actions:**

**Signature** ________ **Date** ________

**Admin Actions:**

**Signature** ________ **Date** ________

Case 3:17-cv-00243-JPG Document 15 Filed 06/09/17 Page 13 of 21 Page ID #89

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# COMPLAINT FORM

**Name** Scott Menford **Number** 20381 **Block** A B II **Date** 4/26/17

**Complaint:**
Arthur Hunizaker in Cell #9 in AB has been Complaining for 3days now about hug Boils steph mersa out Breaks the medical has Bandages on his neck & left 4 other Boils steph mersa exposed. As more of the out Break Become visible I Become more Concerned for my health & safety on 4/26/17 all the inmates Signed petition Captain Complaint forms addressing this issue Bonjak Saw the out breaks & Stuck Arthur in his cell #9 the medical negligence by Staff & Supervisor is Continuals medical unprofessional & hazardous to my Self & other inmates. Also Rain today so Roof is leaking puddles inside the Block "AB" & complaind bout puddes & got no mop to clean up mess slippery wet dangerous unfit conditions

**Signature** " **Date** ______

**Officer Actions:**

**Signature** ______ **Date** ______

**Supervisor Actions:**

**Signature** ______ **Date** ______

**Admin Actions:**

**Signature** ______ **Date** ______

Case 3:17-cv-00243-JPG Document 15 Filed 08/09/17 Page 14 of 21 Page ID #90

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# COMPLAINT FORM

**Name** Scott Medford **Number** 20381 **Block** AB **Date** 4/2/17

**Complaint:**

As a pretrial detainee who have Civil Libertys that entitle inmats to Acess to the Courts via a Library that is adequat with adequate assistance from the facility inmates are held in Since february 26, 2017 Block AB has Continually put request in to go to the library but not taken there are no Books into the Library One Computer for 400 inmates pls. inmates. there is no adequat assistance in filing Legal documents. on AB there are pro-se Ligits people with trial approaching and those with issues that public defendants are not handling the Law library is mandatory today is April 2 2017 and again we have been dencied to go to Law library

**Signature** Scott medford **Date** 4/2/17

**Officer Actions:**

**Signature** ________ **Date** ________

**Supervisor Actions:**

**Signature** ________ **Date** ________

**Admin Actions:**

**Signature** ________ **Date** ________

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# COMPLAINT FORM

**Name** Scottmedford **Number** 20381 **Block** AB **Date** 4/10/17

**Complaint:**

There was a boil order in effect for belleville on April 10,2017
Professionals said boil water for 36hrs before drinking from the
facet is safe. I wasn't informed by Staff or Administration of
this boil order that directly affected me. I was not baught
Fresh water and my complaint in the form of a sick call
was not addressed about headache and diarrhea. This negligence
is unexceptable.

**Signature** ________________ **Date** __________

**Officer Actions:**

**Signature** ________________ **Date** __________

**Supervisor Actions:**

**Signature** ________________ **Date** __________

**Admin Actions:**

**Signature** ________________ **Date** __________

Case 3:17-cv-00245-JPG Document 15 Filed 08/09/17 Page 16 of 21 Page ID #92

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# COMPLAINT FORM

**Name** Scott Medford **Number** 20381 **Block** AB-11 **Date** 4/30/17

**Complaint:**
Since January 2017 the law library has been "down" Says the staff at St.Clair CO. Every Sunday me & Several inmates attempt to do research & prepare our cases educate ourself & prepare Conviction but can't for months we have been deprived of acess to the courts. As inmate pretrial detainee we have right guaranteed by Civil Liberties & the rights to protect the liberties I have informed Staff Supervisor & asked Superintendent to be informed & respond to Several Complaints Submitted Administration avoids responding but messo told Grummer is aware McLaurin is aware & there is nothing he can do. But no one responds in writing to my captain complaint form. 400 inmates with no books is inadequate & everyone knows it but nothing is done. Also been raining for past week the Roof Leaks & dripping puddles in Block AB.

**Signature** ________________ **Date** ____________

**Officer Actions:**

**Signature** ________________ **Date** ________

**Supervisor Actions:**

**Signature** ________________ **Date** ________

**Admin Actions:**

**Signature** ________________ **Date** ________

Case 3:17-cv-00243-JPG Document 15 Filed 06/09/17 Page 17 of 21 Page ID #93

Attn: Supervisor

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# COMPLAINT FORM

**Name** Scott Medford **Number** 20381 **Block** AB-11 **Date** 5/26/17

**Complaint:**

On May 26, 2017 at 4:00pm C.O. Wahlt brought me legal Mail that had already opened prior to getting to me. Legal Mail Shouldn't be opened before getting to intended receipent, I would appreciate my privacy rights secured as a pre-trial detainee; Due Process rights. I would appreciate a response to this complaint.

**Signature** __________ **Date** __________

**Officer Actions:**

**Signature** __________ **Date** __________

**Supervisor Actions:**

**Signature** __________ **Date** __________

**Admin Actions:**

**Signature** __________ **Date** __________

Att: Supervisor

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# REQUEST FORM

**Name** Scott Mcnford **Number** 20381 **Block** AB/11 **Date** 5/23/17

**REQUEST:**

On may 22nd 2017 inmate Brandon in Cell #5 AB-Block had a Seizure During Breakfast Correction Officer M. Lanzate ignorance of Basic medical Knowledge prolonged Brandon Suffering M. Lazantee paused watch the inmate Before Calling for Help than Said don't nobody touch him even though he was laying on his Back. Inmates turned Brandon on his ~~Back~~ Side open his mouth to hold Down the tongue So he Didn't Choke or Swellow his tongue. C.O. Should have Basic training of CPR mouth to mouth Seizure procedure. Since they are responsible for the Care over-seeing of people. they Should be educated on how to preserve people lifes.

**Signature** ____________ **Date** ____________

**Officer Actions:**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Signature** ____________ **Date** ____________

**Supervisor Actions:**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Signature** ____________ **Date** ____________

**Admin Actions:**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Signature** ____________ **Date** ____________

Case 3:17-cv-00243-JPG Document 15 Filed 08/09/17 Page 19 of 21 Page ID #95

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

# COMPLAINT FORM

**Name** Scott medford **Number** 20381 **Block** AVB **Date** 11/12/2016

**Complaint:**

This is my 3rd Complaint about getting my medicine prescribed by a professional specialist I need my mental Health medication I cant function right with out my meds to Sleep. this is the 3rd month complaining and no one is doing anything this is negtence

To medical Staff Supervision

**Signature** Scott Medford **Date** 11/12/2016

**Officer Actions:**

**Signature** ______________ **Date** ________

**Supervisor Actions:**

**Signature** ______________ **Date** ________

**Admin Actions:**

**Signature** ______________ **Date** ________

Scott Medford
730 North 5th st
Belleville IL 62220

Legal Mail



ST LOUIS MO P&DC 631
WED 07 JUN 2017 PM

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

Office of the Clerk
750 missouri Avenue
East St.Louis IL, 62201

MAIL CLEARED
US MARSHALS

Case 3:17-cv-00243-JPG Document 15 Filed 06/09/17 Page 21 of 21 Page ID #97

RECEIVED

JUN - 9 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

LEGAL MAIL