IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT MEDFORD,
Plaintiff,

v.

Case No. 17–CV–1015–JPG–GCS

ERIC WALTER,
JOHN/JANE DOE, and
RICHARD WATSON,
Defendants.

## **MEMORANDUM AND ORDER**

Before the Court is Magistrate Judge Gilbert C. Sison's Report and Recommendation ("R&R"). (Dkt. No. 44). Magistrate Judge Sison recommends that this Court dismiss Defendants John/Jane Doe and Richard Watson pursuant to Federal Rule of Civil Procedure 41(b).

The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of a magistrate judge in a R&R. FED. R. CIV. P. 72(b)(3). The Court must review de novo the portions of the R&R to which objections are made. Id. The parties have 14 days after service of the R&R to file written objections. SDIL-LR 73.1(b). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999).

The Court received no objection to the R&R, reviewed the entire file, and finds that the R&R is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the R&R in its entirety (Dkt. No. 44);

- **DISMISSES** Defendant John/Jane Doe; and

- **DISMISSES** Defendant Richard Watson.

    **SO ORDERED.**

**Dated: Thursday, October 10, 2019**

<u>S/J. Phil Gilbert</u><br>
**J. PHIL GILBERT**<br>
**UNITED STATES DISTRICT JUDGE**